UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNIE WARD, <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL COLLECTION BUREAU INC, <br><br> Defendants. | Case No. C19-1385 RSM-TLF <br><br> ORDER ON STIPULATED MOTION OF DISMISSAL |

Based on the parties' stipulation (Dkt. 14), the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated this 31st day of March, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER ON STIPULATED MOTION OF DISMISSAL - 1